UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
OSCAR E. MONCADA,                        )
                                         )
      Plaintiff,                         )
                                         )
      v.                                 )  Civil Action No. 05-0470 (PLF)
                                         )
MARY E. PETERS, Secretary,               )
United States Department of Transportation,[1] )
                                         )
      Defendant.                         )
_____)


ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that Plaintiff's Motion to Strike [41] is DENIED; it is

FURTHER ORDERED that Defendant's Renewed Motion for Summary Judgment [38] is GRANTED; and it is

FURTHER ORDERED that judgment is entered for the defendant.

The Clerk of this Court shall remove Civil Action No. 05-0470 from the docket of this Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 29, 2008

---

[1] The complaint named Norman Y. Mineta, former Secretary of the United States Department of Transportation, as the party defendant. The Court now substitutes Mary E. Peters, Mr. Mineta's successor, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.